E-FILED
Wednesday, 30 April, 2025  01:49:42 PM
Clerk, U.S. District Court, ILCD

# Exhibit B

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Chicago District Office**
230 S Dearborn Street, 18th Floor, Suite 1866
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 04/15/2025

**To:**   Florentina Jones
c/o Nathan C. Volheim, Esq.           **via email:**  **employment@sulaimanlaw.com**
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL  60148

**Charge No: 21B-2025-04543**

EEOC Representative and email:            SHERICE GALLOWAY
State/Local/Tribal Manager
sherice.galloway@eeoc.gov

## DISMISSAL OF CHARGE

The EEOC is closing this charge because you have requested to file a lawsuit in federal court.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue.  If you choose to file a lawsuit against the respondent(s) on this charge under federal law, your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice. Receipt generally occurs on the date that you (or your representative) received this document.  You should keep a record of the date you received this notice.  Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)  If you file suit, based on this charge, please send a copy of your court complaint to this office.

Please retain this notice for your records.

On behalf of the Commission,

Digitally Signed By:Amrith Kaur Aakre
04/15/2025
Amrith Kaur Aakre
District Director

**Cc:**

COOK MEDICAL, LLC, DBA COOK POLYMER TECHNOLOGY
c/o Pete Yonkman                               **via email:**  **pyonkman@cookmedical.com**
750 Daniels Way
Bloomington, IN  47402

Enclosure with EEOC Notice of Closure and Rights

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) received the document. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## HOW TO REQUEST YOUR CHARGE FILE

To request a copy of your charge file, contact the Fair Employment Practices Agency that investigated your charge.

.

**STATE OF ILLINOIS**          )
                               )  ss
**COUNTY OF COOK**             )                                          CHARGE NO. 2025SE1325

<u>AFFIDAVIT OF SERVICE</u>

The undersigned served a copy of the attached **NOTICE OF OPT OUT OF THE INVESTIGATIVE AND ADMINISTRATIVE PROCESS, RIGHT TO COMMENCE AN ACTION IN CIRCUIT COURT OR OTHER APPROPRIATE COURT OF COMPETENT JURISDICTION, AND NOTICE OF ADMINISTRATIVE CLOSURE**

on _____ April 1, 2025 _____ , to each person named below by email or first class mail, addressed as follows: _____

| For Complainant | For Respondent |
|---|---|
| Nathan C. Volheim<br>Sulaiman Law Group, Ltd.<br>2500 S. Highland Ave., Ste 200<br>Lombard, IL 60148 | Chief Executive Officer<br>Cook Polymer Technology<br>300 E. Elm St.<br>Canton, IL 61520 |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that s/he verily believes the same to be true.

_____

**PLEASE NOTE:**

The above-signed person is responsible only for <u>mailing</u> these documents. If you wish a review of the findings in this case, you must complete the Request for Review form attached. Department of Human Rights' staff are not permitted to discuss the investigation findings once a Notice of Determination has been issued.

**STATE OF ILLINOIS**
**DEPARTMENT OF HUMAN RIGHTS**

**IN THE MATTER OF:**

FLORENTINA JONES,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　COMPLAINANT,　　　　)　　　　　　CHARGE NO.　　2025SE1325
　　　　　　　　　　　　　　　　　　　　　　　　)　　　　　　EEOC NO.　440-2025-04543
AND　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　)
COOK MEDICAL LLC D/B/A COOK POLYMER　)
TECHNOLOGY,　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　RESPONDENT.　　　　　　)

**NOTICE OF OPT OUT OF THE INVESTIGATIVE AND ADMINISTRATIVE PROCESS, RIGHT TO COMMENCE AN ACTION IN CIRCUIT COURT OR OTHER APPROPRIATE COURT OF COMPETENT JURISDICTION, AND NOTICE OF ADMINISTRATIVE CLOSURE**

<table>
<tr><td><u>For Complainant</u></td><td><u>For Respondent</u></td></tr>
<tr><td>Nathan C. Volheim<br>Sulaiman Law Group, Ltd.<br>2500 S. Highland Ave., Ste 200<br>Lombard, IL 60148</td><td>Chief Executive Officer<br>Cook Polymer Technology<br>300 E. Elm St.<br>Canton, IL 61520</td></tr>
</table>

DISMISSAL / NOTICE DATE: April 1, 2025

Date Perfected Charge Filed: February 17, 2025　　　Date Opt Out Request Filed: March 31, 2025

YOU ARE HEREBY NOTIFIED that pursuant to Section 7A-102(C-1) of the Illinois Human Rights Act (775 ILCS 5/7A-102(C-1)), Complainant having filed a written request to opt out of the Illinois Department of Human Rights' investigation and administrative processing of the above-captioned charge, the IDHR issues this Notice of Opt Out of the Investigative and Administrative Process, and the Right of Complainant to Commence an Action in the Circuit Court or other appropriate court of competent jurisdiction within 90 days from the date of this Notice and Order, as identified above.

- Complaint filed and serve a copy of the complaint to the Department and Respondent on the same date that the complaint is filed with the circuit court or other appropriate court of competent jurisdiction.
- Complainant may not file or refile a substantially similar charge with the Department arising from the same incident of unlawful discrimination or harassment.

NOW, THEREFORE, it is further hereby ORDERED that the Department cease the investigation and **ADMINISTRATIVELY CLOSE** the charge of civil rights violation(s).

　　　　　　　　　　　　　　　　　　　　　　　　DEPARTMENT OF HUMAN RIGHTS
　　　　　　　　　　　　　　　　　　　　　　　　James L. Bennett
　　　　　　　　　　　　　　　　　　　　　　　　Director

NOC Rev 01/13/2025