AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| FLORENTINA JONES | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No.  1:25-cv-01169-JEH-RLH |
| COOK MEDICAL LLC (d/b/a COOK POLYMER TECHNOLOGY), | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FLORENTINA JONES                                                                                      .

Date:  04/30/2025

s:/ Mally Slone
*Attorney's signature*

Mally Slone #101128
*Printed name and bar number*

2500 S. Highland Ave., Ste. 200, Lombard, IL 60148
*Address*

mslone@sulaimanlaw.com
*E-mail address*

(630) 575-8181
*Telephone number*

(630) 575-8188
*FAX number*