AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| FLORENTINA JONES | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-01169-JEH-RLH |
| COOK MEDICAL LLC (d/b/a COOK POLYMER TECHNOLOGY), | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FLORENTINA JONES                                                            .

Date:   04/30/2025

s:/ Nathan C. Volheim
*Attorney's signature*

Nathan C. Volheim #6302103
*Printed name and bar number*

2500 S. Highland Ave., Ste. 200, Lombard, IL 60148
*Address*

nvolheim@sulaimanlaw.com
*E-mail address*

(331) 307-7634
*Telephone number*

(630) 575-8188
*FAX number*