# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| FLORENTINA JONES, ) | |
| ) | |
| Plaintiff, ) | Case: 1:25-cv-01169-JEH-RLH |
| ) | |
| v. ) | |
| ) | |
| COOK MEDICAL LLC d/b/a COOK ) | |
| POLYMER TECHNOLOGY, ) | Jury Trial Demanded |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION TO SHOW CAUSE
## AND AMEND COMPLAINT

Plaintiff, Florentina Jones ("Plaintiff"), by and through undersigned counsel, respectfully submits this Motion to Show Cause regarding the discrepancy noted in the Court's Order dated May 5, 2025, and to amend her Complaint to cure the deficiencies identified therein. In support of this motion, Plaintiff states as follows:

### I.   Introduction and Background

On May 5, 2025, this Court issued an Order instructing Plaintiff to show cause why this case should not be transferred to the Rock Island Division of the U.S. District Court for the Central District of Illinois due to discrepancies in the Complaint regarding venue and the naming of the Defendant. Specifically, the Complaint named a different Defendant in the jurisdictional section than the Defendant identified in the case caption.

### II.   Clarification on the Venue Issue

The Plaintiff concedes that there was an error in the Complaint regarding the basis for venue, as the Complaint originally stated that venue was proper in the Peoria Division despite the

Defendant operating and transacting business in Winnebago County, Illinois, which is in the Rock Island Division. Plaintiff's Counsel acknowledges this mistake, and it is now corrected in the Amended Complaint.

The Amended Complaint, filed contemporaneously with this motion, properly asserts that venue is correct in the Peoria Division, in accordance with 28 U.S.C. § 1391(b), since Defendant transacts business in this district, and the events giving rise to Plaintiff's claims occurred within this district.

### III.    Correction of Defendant's Name

In addition to the venue issue, the Plaintiff inadvertently named an incorrect Defendant in the jurisdictional section of the original Complaint. This error has been rectified in the Amended Complaint, which now consistently identifies the correct Defendant, Cook Medical LLC (d/b/a Cook Polymer Technology). This amendment cures any confusion in the original filing and ensures the Complaint is consistent with the parties named in the case caption.

### IV.    Amended Complaint

Plaintiff has attached an Amended Complaint, which corrects the venue and Defendant name discrepancies identified in the Court's Order. The amended jurisdictional section now accurately reflects that venue is proper in this division, and the correct Defendant is named throughout the document.

### V.    Request for Relief

Based on the corrected Amended Complaint and the clarification regarding venue and the Defendant, Plaintiff respectfully requests that the Court:

1. Accept the Amended Complaint as filed and allow it to stand as the operative Complaint in this case.

2. Dismiss the concerns raised in the Order regarding venue and Defendant name discrepancies, as these issues have now been corrected.

3. Deny any request for the case to be transferred to the Rock Island Division.

## VI.    Conclusion

Plaintiff respectfully submits that the issues raised by the Court have been addressed and cured through the filing of the Amended Complaint. Plaintiff has taken appropriate corrective action, and requests that this case proceed in the Peoria Division as originally intended.

WHEREFORE, Plaintiff respectfully requests that the Court accept the Amended Complaint as filed, isssue an order denying any transfer of the case to the Rock Island Division, and grant such other relief as the Court deems just and proper.

Dated: May 8, 2025                            Respectfully submitted,

*/s/ Mally L. Slone*
**MALLY L. SLONE, ESQ**.
**NATHAN C. VOLHEIM, ESQ.**
SULAIMAN LAW GROUP LTD.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone (331) 272- 1940
Fax (630) 575 - 8188
mslone@sulaimanlaw.com
nvolheim@sulaimanlaw.com
*Attorney for Plaintiff*