# Exhibit A

EEOC Received: 02-17-2025

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 440-2025-04543 |

**Illinois Department of Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs., Mx.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Florentina Jones | [redacted] | [redacted] |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| [redacted] | | |
| c/o Nathan C. Volheim, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148 | | employment@sulaimanlaw.com |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Cook Medical LLC d/b/a Cook Polymer Technology | 15+ | 309-740-2342 |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| 300 E ELM ST | CANTON, IL, 61520-2745 | corporatecommunications@cookmedical.com |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | 15+ | |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| | | |

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

- ☐ RACE
- ☐ COLOR
- ☒ SEX
- ☐ RELIGION
- ☐ NATIONAL ORIGIN
- ☒ RETALIATION
- ☐ AGE
- ☐ DISABILITY
- ☐ GENETIC INFORMATION
- ☐ OTHER (Specify below.)

**DATE(S) DISCRIMINATION TOOK PLACE**
- Earliest: 8/2024
- Latest: 1/27/2025
- ☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I, Florentina Jones (female), was employed by Cook Medical LLC d/b/a Cook Polymer Technology as a machine operator in or around August 2024 until in or around late January 2025, when I was constructively discharged on the basis of my sex (female) and for opposing sexual harassment.

The following is a non-exhaustive list of incidents of the sex discrimination, sexual harassment I was subjected to:

During my first few weeks, I experienced inappropriate behavior and sexual harassment by my trainer, Eric Lee. On multiple occasions, Eric made remarks about my appearance. He called me "beautiful" and told me I looked like a character from The Vampire Diaries (Nina Dobrev). He also said I was "very pretty" and that a co-worker who worked downstairs wouldn't want to talk to me because "he's scared of pretty girls." These comments were uncomfortable and inappropriate in a professional setting.

Around two months into my employment, I asked Edward about a new HR contact, as the HR representative who was present when I first started had left. Edward told me that he had no information on this, and I was left without any direction or support.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 02 / 14 / 2025         *[signature]* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date          Charging Party Signature | |

Doc ID: 3d36e70c4e4ff1f6c356b1009787abe100df1881

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2025-04543 |
|---|---|---|

Illinois Department of Human Rights and EEOC
*State or local Agency, if any*

**THE PARTICULARS ARE** *(If additional paper is needed, attach extra sheet(s)):*

Meanwhile, the sex-based harassment and discrimination continued. Eric made a disturbing remark about a book he was reading, stating that it contained "rape" and that it "even made him uncomfortable." He also told me, completely unprompted, "If you want a goth tittie girl, you have to live the goth lifestyle."

Subsequently, while I was operating a machine, my supervisor Edward, the second-shift supervisor Cody, and Eric were sitting at a table laughing loudly. Edward approached me and said, "Florentina, it's so funny, I just noticed that the only woman in the room is doing all the work." He then added, "I told Cody he should ask you to make him a sandwich." Cody, joining the conversation, responded, "I'm not going to ask you that because I like my job." This remark by Edward was degrading, dismissive of my work, and clearly gender-biased.

On or about January 23, 2025, I called the ethics and compliance hotline to make a formal complaint of the harassment. During my call with the representative, the call disconnected, and I never received a return call. Because we did not have a Human Resources representative in our building, I asked other employees for a phone number for a local HR rep. I tried calling the phone number provided, but I was transferred to HR in Bloomington, which was not local. I explained that I needed to speak with someone from local HR, but no one followed up with me.

The next day, on or about January 24, 2025, I told Edward about my difficulties reaching HR and asked for another contact. He provided me with a number for HR across the street, which was a separate building and branch of the company where the packaging operations take place. Despite multiple attempts to contact local HR, I was never able to speak with anyone.

As a result of these ongoing issues and lack of support from the company, I decided to take PTO on January 26, 2025 and January 27, 2025. I left a message in the Dayforce App, which Edward reads, in connection with my PTO request stating that I would not come into work unless someone from HR contacted me. Still, no one from HR reached out to me. Without any feasible method for reporting and resolving the sexual harassment I was experiencing, I felt that I had no choice but to find another job.

Given the repeated harassment, the lack of response from HR, and the hostile work environment, I was constructively discharged from my position. The company's failure to address my concerns and take appropriate action left me with no reasonable option but to resign.

Thus, I have been discriminated against on the basis of my sex (female), and I also was subjected to sexual harassment and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended and (775ILCS 5/) Illinois Human Rights Act.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>**SIGNATURE OF COMPLAINANT** |
| 02 / 14 / 2025<br>Date          *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

Doc ID: 3d36e70c4e4ff1f6c356b1009787abe100df1881