# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| FLORENTINA JONES,<br><br>    Plaintiff,<br><br>v.<br><br>COOK MEDICAL LLC (d/b/a COOK POLYMER TECHNOLOGY),<br><br>    Defendant. | Case No: 1:25-cv-01169<br><br>District Judge Hawley<br><br>Magistrate Judge Hanna |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant Cook Medical LLC.

Dated: May 13, 2025

                                              Respectfully submitted,

                                              COOK MEDICAL LLC

                                              */s/ Benjamin S. Morrell*
                                              Benjamin S. Morrell (ARDC No. 6341896)
                                              Taft Stettinius & Hollister LLP
                                              111 E. Wacker Drive, Suite 2600
                                              Chicago, IL 60601
                                              Tel.: (312) 527-4000
                                              Fax:  (312) 527-4011
                                              bmorrell@taftlaw.com

                                              *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record.

Date: May 13, 2025

/s/ Benjamin S. Morrell