# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| FLORENTINA JONES, <br><br> Plaintiff, <br><br> v. <br><br> COOK MEDICAL LLC (d/b/a COOK POLYMER TECHNOLOGY), <br><br> Defendant. | Case No: 1:25-cv-01169 <br><br> District Judge Hawley <br><br> Magistrate Judge Hanna |

## DISCLOSURE STATEMENT

Defendant Cook Medical LLC makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1:

Cook Medical LLC is wholly owned by Cook Group Inc. No publicly held corporation owns 10% or more of Cook Group Inc.'s stock.

Dated: May 13, 2025

                                                    Respectfully submitted,

                                                    COOK MEDICAL LLC

                                                    */s/ Benjamin S. Morrell*
                                                    Benjamin S. Morrell (ARDC No. 6341896)
                                                    TAFT STETTINIUS & HOLLISTER LLP
                                                    111 E. Wacker Drive, Suite 2600
                                                    Chicago, IL 60601
                                                    Tel.: (312) 527-4000
                                                    Fax:  (312) 527-4011
                                                    bmorrell@taftlaw.com

                                                    *Counsel for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record.

Date: May 13, 2025

<i>/s/ Benjamin S. Morrell</i>