# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| FLORENTINA JONES,<br><br>    Plaintiff,<br><br>v.<br><br>COOK MEDICAL LLC (d/b/a COOK POLYMER TECHNOLOGY),<br><br>    Defendant. | Case No: 1:25-cv-01169<br><br>District Judge Hawley<br><br>Magistrate Judge Hanna |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO RESPOND TO FIRST AMENDED COMPLAINT

Defendant Cook Medical LLC moves for a 30-day extension of time to respond to Plaintiff's First Amended Complaint. Counsel have conferred and this motion is unopposed.

Plaintiff filed her initial complaint on April 30, 2025. (D.E. 1.) Cook Medical received service of the summons and complaint on May 2. Plaintiff then moved for leave to file an amended complaint to fix errors highlighted by the Court in its show-cause order issued on May 5. (D.E. 6.) Cook Medical had not yet filed a responsive pleading to the initial complaint. The Court granted Plaintiff's motion and ordered Plaintiff to file her amended complaint on the docket by May 13, 2025. Plaintiff did so on May 12, making Cook Medical's deadline to respond May 27, which has not yet expired. (D.E. 7); *see* Fed. R. Civ. P. 15(a)(3).

Cook Medical is working to respond to the First Amended Complaint but is still in the process of gathering the information necessary to fully evaluate Plaintiff's claims. Accordingly, Cook Medical seeks a 30-day extension of its deadline to file a responsive pleading.

On May 7 and 9, 2025, counsel for Defendant conferred with Plaintiff's counsel regarding this motion. Plaintiff's counsel stated that Plaintiff has no objection.

For the reasons discussed above, the Court should grant Cook Medical's motion and extend the time for it to respond to the complaint by 30 days, up to and including June 26, 2025.

Dated: May 13, 2025

    Respectfully submitted,

    COOK MEDICAL LLC

    */s/ Benjamin S. Morrell*
    Benjamin S. Morrell (ARDC No. 6341896)
    TAFT STETTINIUS & HOLLISTER LLP
    111 E. Wacker Drive, Suite 2600
    Chicago, IL 60601
    Tel.: (312) 527-4000
    Fax:  (312) 527-4011
    bmorrell@taftlaw.com

    *Counsel for Defendant*

## CERTIFICATE OF SERVICE

 I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record.

 Date: May 13, 2025

/s/ Benjamin S. Morrell