UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| **FLORENTINA JONES,**<br><br>    Plaintiff,<br><br>v.<br><br>**COOK MEDICAL, LLC d/b/a COOK POLYMER TECHNOLOGY,**<br><br>    Defendant. | Case No.  1:25-cv-01169-JEH-RLH |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

NOW COMES Plaintiff, Florentina Jones and Nathan C. Volheim, counsel for Plaintiff, moving to withdraw Mally Slone, Esq. ("Ms. Slone"), as counsel for Plaintiff.  In support thereof, Sulaiman Law Group, Ltd. states as follows:

1. Ms. Slone was formerly one of Plaintiff's attorneys in this matter.

2. Ms. Slone is no longer employed with the firm Sulaiman Law Group, Ltd.

3. Plaintiff will continue to be represented by attorneys Nathan C. Volheim and Sophia K. Steere.

4. Defendant's counsel does not oppose this motion.

WHEREFORE, Plaintiff, respectfully requests the Court enter an order permitting Ms. Slone to withdraw as counsel of record for Plaintiff; and grant such other relief as this Court deems just and proper.

Dated this 15th day of July, 2025.

/s/ *Nathan C. Volheim*
**NATHAN C. VOLHEIM, ESQ.**
IL Bar No.: 6302103
**SULAIMAN LAW GROUP LTD.**

1

2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone (331) 272- 1942
Fax (630) 575 - 8188
nvolheim@sulaimanlaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 15th day of July, 2025, I caused a true and correct copy of the foregoing to be served on all parties of record via CM/ECF.

/s/ *Nathan C. Volheim*
**NATHAN C. VOLHEIM, ESQ.**