# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| FLORENTINA JONES, | ) |
| Plaintiff, | ) Case: 1:25-cv-01169 |
| v. | ) |
| COOK MEDICAL LLC D/B/A COOK POLYMER TECHNOLOGY, | ) Jury Trial Demanded |
| Defendant. | ) |

### REPORT OF RULE 26(f) PLANNING MEETING

Plaintiff being represented by Sophia Steere and Defendant being represented by Benjamin S. Morrell, counsel met for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates upon which counsel have agreed. Thus, the parties request that the Rule 16 scheduling conference currently set for August 1, 2025, be canceled, pursuant to Section III of Judge Hanna's Standing Order in Civil Cases.

1. Parties will exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) by August 11, 2025.
2. The deadline for amendment of pleadings is September 8, 2025.
3. The deadline for joining additional parties is September 8, 2025.
4. Fact discovery, including depositions, is to be completed by March 2, 2026.
5. The parties do not anticipate the need for expert discovery at this time.
6. The parties do not request any modifications to the limitations of discovery set by the Federal Rules of Civil Procedure.
7. The deadline for filing case dispositive motions shall be April 6, 2026.
8. The parties agree to producing electronically stored information in native and/or pdf format.

| | |
|---|---|
| */s/ Sophia K. Steere, Esq.* | */s/Benjamin S. Morrell (with consent)* |
| SOPHIA K. STEERE, Esq. | Benjamin S. Morrell, Esq. |
| Nathan C. Volheim, Esq. | TAFT STETTINIUS & HOLLISTER LLP |
| SULAIMAN LAW GROUP LTD. | 111 E. Wacker Drive, Suite 2600 |

| | |
|---|---|
| 2500 S. Highland Avenue, Suite 200 | Chicago, IL 60601 |
| Lombard, Illinois 60148 | Tel.: (312)527-4000 |
| Phone (331) 307-7634 | Fax: (312)527-4011 |
| Fax (630) 575 – 8188 | bmorrell@taftlaw.com |
| ssteere@sulaimanlaw.com | *Counsel for Defendant* |
| nvolheim@sulaimanlaw.com | |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of July, 2025, a true and correct copy foregoing has been provided electronically via electronic mail and/or via U.S. mail to following:

Benjamin S. Morrell, Esq.
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
Tel.: (312)527-4000
Fax: (312)527-4011
bmorrell@taftlaw.com


/s/ Sophia K. Steere, Esq.
**SOPHIA K. STEERE, Esq.**