UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| FLORENTINA JONES,<br><br>    Plaintiff,<br><br>v.<br><br>COOK MEDICAL, LLC.<br>d/b/a COOK POLYMER<br>TECHNOLOGY<br><br>    Defendant. | Case: 1:25-cv-01169<br><br>Magistrate Judge Ronald L. Hanna<br><br>Jury Trial Demanded |

## MOTION TO WITHDRAW AS COUNSEL

**NOW COMES** Nathan C. Volheim ("Mr. Volheim") and Sophia K. Steere ("Ms. Steere") counselors for Florentina Jones ("Plaintiff"), moving to withdraw as counsel pursuant to LR83.17. In support thereof, Mr. Volheim and Ms. Steere state as follows:

1. On April 30, 2025, Plaintiff filed this action against Cook Medical, LLC. d/b/a Cook Polymer Technology ("Defendant"), alleging violations of Title VII of the Civil Rights Act of 1964 [Dkt. No. 1].

2. Plaintiff is currently being represented by Mr. Volheim and Ms. Steere.

3. In or around September 2025, Plaintiff's counsel and Plaintiff began having disagreements regarding a path forward in the case.

4. These disagreements have created irreconcilable differences between Plaintiff and Mr. Volheim and Ms. Steere, such that Mr. Volheim and Ms. Steere are unable to continue to represent Ms. Jones.

5. Mr. Volheim and Ms. Steere have discussed this decision with Ms. Jones, who is in agreement.

6. Accordingly, for the reasons stated herein, Mr. Volheim and Ms. Steere seek to withdraw as Plaintiff's counsel.

**WHEREFORE**, Nathan Volheim and Sophia Steere, respectfully requests the Court enter an order permitting them to withdraw as counsel of record for Plaintiff; and grant such other relief as this Court deems just and proper.

DATED: September 30, 2025

                                            Respectfully submitted,

                                            /s/ *Sophia K. Steere*
                                            **SOPHIA K. STEERE ESQ.**
                                            **NATHAN C. VOLHEIM ESQ.**
                                            **SULAIMAN LAW GROUP LTD.**
                                            2500 S. Highland Avenue, Suite 200
                                            Lombard, Illinois 60148
                                            Phone (331) 307-7634
                                            Fax (630) 575- 8188
                                            ssteere@sulaimanlaw.com
                                            nvolheim@sulaimanlaw.com
                                            *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on this 30th day of September, 2025, a copy of the foregoing was file electronically via CM/ECF with the United States District Court for the Central District of Illinois with notification being sent electronically to all counsel of records.

**Benjamin S. Morrell, Esq.**
**TAFT STETTINIUS & HOLLISTER, LLP**
111 E. Wacker Drive Suite 2600
Chicago, IL 60601
Phone (312) 527-4000
Fax (312) 527-4011
bmorrell@taftlaw.com
*Counsel for Defendant*

The undersigned counsel states that on this 30th day of September, 2025, a true and complete copy of the attached Motion to Withdraw as counsel was served upon the below named party via USPS Priority Mail and electronic mail:

**Florentina Jones**
207 Cooper Street
Pekin, Illinois 61554
(309) 202-2619
jonesflorentina2@gmail.com
*Plaintiff*

                                                */s/ Sophia K. Steere*
                                                **SOPHIA K. STEERE ESQ.**