UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF ILLINOIS  
PEORIA DIVISION

| | | |
|---|---|---|
| FLORENTINA JONES, | ) | |
| | ) | |
| Plaintiff, | ) | Case: 1:25-cv-01169 |
| v. | ) | |
| COOK MEDICAL LLC D/B/A COOK POLYMER TECHNOLOGY, | ) ) | |
| | ) | |
| Defendant. | ) | Jury Trial Demanded |
| | ) ) | |

## Notice of Filing/Proof of Service

I, the undersigned counsel, hereby submit that Plaintiff sent a copy of the October 2, 2025, Text Order to the Florentina Jones via Certified mail, Tracking No. 7016 1370 0001 6109 1490.

Dated: October 9, 2025                              Respectfully Submitted,

*/s/ Sophia Steere*  
Sophia Steere, Esq.  
Sulaiman Law Group, Ltd.  
2500 S. Highland Avenue, Suite 200  
Lombard, IL 60148  
(630) 581-5456  
ssteere@sulaimanlaw.com  
*Counsel for Plaintiff*