# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| FLORENTINA JONES, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:25-cv-01169 |
| | ) |
| v. | ) |
| | ) |
| COOK MEDICAL LLC. (d/b/a COOK POLYMER TECHNOLOGY), | ) Jury Trial Demanded |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

Pursuant to this Court's Order dated October 16, 2025, Plaintiff's former counsel hereby submits her Certificate of Service and states the following:

1. On October 17, 2025, Plaintiff mailed a copy of this Court's Order granting Plaintiff's Motion to Withdraw as Attorney and directing Plaintiff to proceed pro se or file a notice of appearance of Counsel within 21 days to Florentina Jones via Certified mail (Tracking No. 9589 0710 5270 2644 6487 99), and via electronic mail, to email address jonesflorentina2@gmail.com.

Dated: October 21, 2025.

Respectfully submitted,

*/s/ Sophia K. Steere*
**SOPHIA K. STEERE, ESQ.**
**SULAIMAN LAW GROUP LTD.**
2500 South Highland Ave., Suite 200
Phone (630) 575-8181
Fax (630) 575-8188
Lombard, IL 60148

ssteere@atlaslawcenter.com
*Counsel for Plaintiff*